CO-386-online
10/03

**FILED**

JUN 24 2008

Clerk, U.S. District and
Bankruptcy Courts

# United States District Court
# For the District of Columbia

Democratic National Committee  )
)
)
)
           Plaintiff            )    Civil Action N    Case: 1:08-cv-01083
vs                              )                     Assigned To : Bates, John D.
                                )                     Assign. Date : 6/24/2008
Federal Election Commission     )                     Description: Admn. Agency Review
)
)
           Defendant            )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Democratic National Committee__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Democratic National Committee__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

255919
_____
BAR IDENTIFICATION NO.

Joseph E Sandler
_____
Print Name

Sandler, Reiff & Young, P.C. 300 M St SE #1102
_____
Address

Washington    DC          20003
_____
City          State       Zip Code

(202) 479-1111
_____
Phone Number

3