# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 1:08-cv-01083 (JDB) |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | NOTICE OF APPEARANCE |
| Defendant. | ) ) ) | |

NOTICE IS HEREBY GIVEN that, pursuant to LCvR 83.6(a), Harry J. Summers hereby enters his appearance as counsel on behalf of Defendant Federal Election Commission in the above-captioned matter.

                                                  Respectfully submitted,

                                                  Thomasenia P. Duncan (D.C. Bar No. 424222)
                                                  General Counsel

                                                  David Kolker (D.C. Bar No. 394558)
                                                  Associate General Counsel

                                                  /s/ Harry J. Summers
                                                  Harry J. Summers
                                                  Assistant General Counsel

                                                  Seth Nesin
                                                  Attorney

                                                  COUNSEL FOR DEFENDANT
                                                  FEDERAL ELECTION COMMISSION
                                                  999 E Street NW
                                                  Washington, DC 20463
Dated: August 27, 2008                     (202) 694-1650