# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 1:08-cv-01083 (JDB) |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | NOTICE OF APPEARANCE |
| Defendant. | ) ) | |

NOTICE IS HEREBY GIVEN that, pursuant to LCvR 83.6(a), Seth Nesin hereby officially enters his appearance as counsel on behalf of Defendant Federal Election Commission in the above-captioned matter.

Respectfully submitted,

Thomasenia P. Duncan (D.C. Bar No. 424222)
General Counsel

David Kolker (D.C. Bar No. 394558)
Associate General Counsel

Harry J. Summers
Assistant General Counsel

/s/ Seth Nesin
Seth Nesin
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
Dated: August 27, 2008                                 (202) 694-1650