**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| DEMOCRATIC NATIONAL COMMITTEE, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 1:08-cv-01083 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | NOTICE OF WITHDRAWAL OF |
| | ) | COUNSEL |
| Defendant. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF MICHAEL T. LIBURDI
AS COUNSEL FOR DEFENDANT FEDERAL ELECTION COMMISSION**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), Michael T. Liburdi,

an attorney for the defendant Federal Election Commission, hereby withdraws his appearance in

this lawsuit. Other attorneys for the Federal Election Commission have entered appearances in

this matter and will continue to represent the Commission.

Respectfully submitted,

Thomasenia P. Duncan (D.C. Bar No. 424222)
General Counsel

David Kolker (D.C. Bar No. 394558)
Associate General Counsel

Harry J. Summers
Assistant General Counsel

/s/ Michael T. Liburdi
Michael T. Liburdi
Attorney

Seth Nesin
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
Dated:  August 28, 2008                    (202) 694-1650