UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant. | Civil Action No.  08-1083 (JDB) |

## ORDER

Defendant Federal Election Commission ("FEC") has now answered plaintiff's complaint seeking judicial review of the FEC's alleged failure to act pursuant to the Federal Election Campaign Act, 2 U.S.C. §§ 431-55.  The Court has reviewed the complaint and the answer in this case.  The FEC raises grounds for dismissal, but has not yet filed a dispositive motion. Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than September 12, 2008, a proposed briefing schedule for the filing of dispositive motions to resolve this matter.


/s/
JOHN D. BATES
United States District Judge

Date:   September 4, 2008